FILED
IN CLERKS OFFICE
2007 OCT 29 P 2:10
U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
District of Massachusetts

William H. Miller,
    Plaintiff,

Civil Action
No.
07 CA 12076 JLT

-v-

MAGISTRATE JUDGE _____

F.T.C. a/k/a ...
Longwood Public
Safety Agency;
Niel Sicard a/k/a
(the weasle);
Sgt. Bradbury a/k/a
(the Mole);
John Doe Amorim,
(a/k/a rent-a-cop);
Boston Police Dept.
    defendants.

1. The plaintiff is a resident of Boston, Massachusetts, and is a citizen of the United States of America.

2. The defendants are domiciled and work in Boston, Massachusetts. All defendants are agent representatives of one another ... and fall within the jurisdictional ambit of 42 U.S.C., sec. 1983 et al.

## Jurisdiction

3. This court has jurisdiction subject matter over this action pursuant to the following provisions of the United States Code: 28 U.S.C., Sec. 1331 et seq; 42 U.S.C., Sec. 1983 et seq; 42 U.S.C., Sec. 1985 (1)(2)(3). This action seeks to redress the discriminatory, gestapo tactics of the defendants described in the facts stated below:

## Facts

4. On 5.25.07, at approx. 1900 hrs., defendants the

weasle, mole and rent-a-cop... acting under color of law did, impede, interfer, assault with battery... unlawfully restrain and assault Miller... with graphic indifference to public safety, which they are sworn in to uphold under color of law... and are conversely a public menance to the community at large. Miller did absolutly nothing to provoke one of the most viscious assault upon his personage after acquiesing to be handcuffed. Miller committed no crime. He was systematically stammed to the steps of 65 W. Dedham st... Miller suffers to this very date from head and eye injuries. the post handcuff hold is defined by the weasle and his cohorts as "ARM-BAR Take down Technique." (see e.g. EX. "A" attached hereto).

5. The defendants, acting under color of law, (the City of Bos. is a municipality within the meaning of the statute) subjected Miller, a citizen of the U.S., deprived Miller of rights, priviledges and immunities secured to him by State and Federal Const. ... is liable to Miller as an injured party in this suit at law alledging violations of his const. rights under color of law... and is entitled to redress.

6. Defendants have deprived the plaintiff of equal protection of the law by assaulting him on public property... manufacturing charges against him and assaulting him,.. and have so conspired to obstruct justice.

Defendants have conspired, directly or indirectly... of equal protection,

Rights privileges and immunities, which is secured to him, via the Equal Protection clause of the U.S. Const., and have thus denied this citizen, impeded, hindered and obstructed plaintiff's rights, supra.

7. This action is also actionable pursuant to Bivens -v- Six Unknown Agents, 403 U.S. 388.

8. Plaintiff request trial by jury on all matters which are triable.

Wherefore, for the reasons stated herein, plaintiff respectfully request monetary redress in the amount of $100,000.000 (dollars), punitive, emotional, compensatory damages, and any additional damages and relief deemed to be in the best interest of justice.

Dated: 10-23-07

Respectfully Submitted
William Miller
29 Stonewood St
~~MAGNOLIA St~~
DoR., Ma. 02125
PRO-Se #617-888-6018

## Certificate of Service

I, William M. Miller, on this 22nd day of Oct. 2007, did serve a true and accurate copy of plaintiff Complaint, summons, Civil Cover Sheet, Attachment 3 and Exhibit 'A', under pain and penalty of perjury, by certified mail on the following defendants: Bos. Police Dept. 1 Shroeder plaza; Longwood Pub. safety 2 Brookline pl., Brookline, Ma. Niel Scaed, mr Bradbury, mr Amorim, 640 Tremont St, Bos, ma 02118 E.T.C. see " "

Respectfully Submitted
William Miller
PRO-Se